# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Aaron Newton

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Colorado

| | | |
|---|---|---|
| 1 | 5. | Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at |
| 2 | | the time of injury: |
| 3 | | _Colorado_____ |
| 4 | 6. | Plaintiff's current state(s) [if more than one Plaintiff] of residence: |
| 5 | | _Colorado_____ |
| 6 | 7. | District Court and Division in which venue would be proper absent direct filing: |
| 7 | | _U.S.D.C. for the District of Colorado_____ |
| 8 | 8. | Defendants (check Defendants against whom Complaint is made): |
| 9 | | ☒   C.R. Bard Inc. |
| 10 | | ☒   Bard Peripheral Vascular, Inc. |
| 11 | 9. | Basis of Jurisdiction: |
| 12 | | ☒   Diversity of Citizenship |
| 13 | | ☐   Other: _____ |
| 14 | a. | Other allegations of jurisdiction and venue not expressed in Master |
| 15 | | Complaint: |
| 16 | | _____ |
| 17 | | _____ |
| 18 | | _____ |
| 19 | 10. | Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a |
| 20 | | claim (Check applicable Inferior Vena Cava Filter(s)): |
| 21 | | ☐   Recovery® Vena Cava Filter |
| 22 | | ☒   G2® Vena Cava Filter |

-2-

    €    G2® Express (G2®X) Vena Cava Filter

    €    Eclipse® Vena Cava Filter

    €    Meridian® Vena Cava Filter

    €    Denali® Vena Cava Filter

    €    Other: _____

11.    Date of Implantation as to each product:

    _06/22/2004_____

    _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

    [X]    Count I:    Strict Products Liability – Manufacturing Defect

    [X]    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    [X]    Count III:    Strict Products Liability – Design Defect

    [X]    Count IV:    Negligence - Design

    [X]    Count V:    Negligence - Manufacture

    [X]    Count VI:    Negligence – Failure to Recall/Retrofit

    [X]    Count VII:    Negligence – Failure to Warn

    [X]    Count VIII:    Negligent Misrepresentation

    [X]    Count IX:    Negligence *Per Se*

    [X]    Count X:    Breach of Express Warranty

    [X]    Count XI:    Breach of Implied Warranty

    [X]    Count XII:    Fraudulent Misrepresentationmber 16, 2010

|   |   |   |
|---|---|---|
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable           State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ |  | Punitive Damages |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  26  th day of   October   , 20 18 .

                                      MCSWEENEY/LANGEVIN LLC

                                      By: /s/ David M. Langevin

                                          David M. Langevin
                                          Rhett A. McSweeney
                                          2116 2nd Avenue South
                                          Minneapolis, MN 55404
                                          Attorneys for Plaintiff(s)